UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION

-------------------------------------------------------------------------x

KAZIMIERZ WALEK AND STEFANIA                    Case No.: 07 CV 5327
WALEK,

                Plaintiff,

     -against-

ALAN KAS MAN DBA KASCO, AMERICAN              ANSWER
EXPRESS BANK, LTD, AMERICAN
EXPRESS COMPANY, AMERICAN EXPRESS
TRAVEL RELATED SERVICES COMPANY,
INC., ANN TAYLOR STORES CORPORATION,
BATTERY PARK CITY AUTHORITY, BFP
TOWER C CO. LLC., BFP TOWER C MM
LLC., BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC., D/B/A BMS CAT,
BROOKFIELD FINANCIAL
PROPERTIES, INC., BROOKFIELD FINANCIAL
PROPERTIES, LP, BROOKFIELD PARTNERS,
LP, BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDINGS, INC., ENVIROTECH CLEAN
AIR, INC., GPS ENVIRONMENTAL
CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC.,
INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEHMAN
BROTHERS HOLDINGS, INC.,
LEHMAN BROTHERS, INC., LEHMAN
COMMERCIAL PAPER, INC.,
MCCLIER CORPORATION, MERRILL
LYNCH & CO, INC., NOMURA
HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL,
INC., STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL
SERVICES INC., TOSCORP, INC.,
TRAMMELL CROW COMPANY,

TRAMMELL CROW CORPORATE
SERVICES, INC., TUCKER
ANTHONY, INC., WESTON
SOLUTIONS, INC., WFP RETAIL CO.,
G.P. CORP., WFP RETAIL CO.,
L.P., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP.,
WFP TOWER A. CO., L.P., WFP
TOWER B CO. G.P. CORP., WFP
TOWER B HOLDING CO., LP., WFP
TOWER B CO., L.P.,WFP TOWER D CO.
G.P. CORP., WFP TOWER D HOLDING
CO. I L.P., WFP TOWER DHOLDING
CO. II L.P., WFP TOWER D
HOLDING I G.P. CORP., AND WFP
TOWER D. CO., L.P., ET AL
------------------------------------------------------------------x

PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-

referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated

August 3, 2007, which was filed in the matter of *In re World Trade Center Lower

Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
September 14, 2007

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)