Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
LEHMAN BROTHERS INC., LEHMAN COMMERCIAL PAPER INC. and LEHMAN
BROTHERS HOLDINGS INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X   21 MC 102 (AKH)

KAZIMIERZ WALEK ( AND WIFE,                        Index No.: 07-cv-05327
STEFANIA WALEK),

                     Plaintiff(s),          **NOTICE OF ADOPTION OF ANSWER
                                          TO MASTER COMPLAINT**

   -against-                                          **ELECTRONICALLY FILED**

ALAN KASMAN DBA KASCO, *et al.*,

                     Defendant(s).
----------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, LEHMAN BROTHERS INC., LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth

in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in

the above-referenced action, hereby adopt their Answer to Master Complaint dated August 10,

2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site

Litigation,* 21 MC 102 (AKH).

WHEREFORE,   the   defendants,   LEHMAN   BROTHERS   INC.,   LEHMAN

COMMERCIAL PAPER INC. and LEHMAN BROTHERS HOLDINGS INC., by their

attorneys, McGIVNEY & KLUGER, P.C., demand judgment dismissing the above-captioned

action as against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
      August 30, 2007

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendants
                          LEHMAN BROTHERS INC., LEHMAN
                          COMMERCIAL PAPER INC. and LEHMAN
                          BROTHERS HOLDINGS INC.

                          By:
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel