UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
KAZIMIERZ WALEK (AND WIFE, STEFANIA : 07-CV-5327-AKH
WALEK),

                           Plaintiff, : **APPEARANCE**

   - against -

ALAN KASMAN DBA KASCO, *et al.*, : **ELECTRONICALLY FILED**

                         Defendants.
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                  By:   \_\_\_/s/ Judith R. Cohen\_\_\_
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501
                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.