UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                                     :
IN RE: WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LOCATION
                                                                     :   ELECTRONICALLY FILED
                                                                     :
---------------------------------------------------------------x
KAZIMIERZ WALEK (AND WIFE,              :
STEFANIA WALEK),                                                         Case No.: 07CV05327 (AKH)
                                                                     :
             Plaintiff,                                                  **NOTICE OF ADOPTION OF**
      v.                                :                                **MASTER ANSWER BY**
                                                                         **DEFENDANT JPMORGAN**
110 CHURCH, LLC, ET. AL.,               :                                **CHASE BANK N.A.**

             Defendants.
---------------------------------------------------------------x

PLEASE TAKE NOTICE THAT defendant JPMorgan Chase Bank N.A. as and for its responses to the allegations set forth in the Complaint by Adoption (Check-off Complaint) related to the Master Complaint filed in the above referenced action, hereby adopts its Master Answer to the Master Complaint, dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, defendant JPMorgan Chase Bank N.A. respectfully requests that the above captioned actions be dismissed, with costs, attorneys' fees, disbursements, and such other relief as the Court deems just and proper.

Dated:  New York, New York
        December 16, 2007

                                        SATTERLEE STEPHENS BURKE & BURKE LLP

                                        By: /s/James J. Coster_____
                                            James J. Coster (JC-1431)

714264_1

                                                  230 Park Avenue
                                                  New York, New York 10169
                                                  Tel.: (212) 818-9200
                                                  Fax: (212) 818-9606
                                                  Attorneys for Defendant
                                                  JPMorgan Chase Bank N.A.

TO:    Gregory J. Cannata, Esq.
          Law Office of Gregory J. Cannata
          233 Broadway
          New York, NY 10279

          Robert Grochow, Esq.
          Law Office of Robert Grochow
          233 Broadway
          New York, NY 10279

          Christopher LoPalo, Esq.
          Worby Groner Edelman Napoli and Bern
          115 Broadway, 12th Floor
          New York, New York 10006