UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------X

KAZIMIERZ WALEK ( AND WIFE, STEFANIA WALEK),

                     Plaintiff(s),

  -against-

ALAN KASMAN DBA KASCO, *et al.*,

                     Defendant(s).
-----------------------------------------------------------------X

Case No.: 21 MC 102 (AKH)

Docket No.: 07-CV-05327-AKH

**STIPULATION OF DISCONTINUANCE AS TO DEFENDANTS, AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD, AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. and McCLIER CORPORATION, ONLY.**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned for the parties herein, that whereas no party herein is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action and based on the representation of the within defendant, and to the extent of Plaintiff(s) can so Stipulate that each claim, cross-claim and counter-claim asserted by and against defendants AMERICAN EXPRESS COMPANY, AMERICAN EXPRESS BANK, LTD AND AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. (hereinafter collectively referred to as "AMERICAN EXPRESS") and McCLIER CORPORATION, only as to the claims being made as to the premises located at 200 Vesey and 3 World Financial Center, New York, New York shall be and the same hereby are discontinued without prejudice and without costs to any party as against the other.

**IT IS FURTHER STIPULATED AND AGREED** that should evidence be discovered throughout the course of the litigation which determines that the AMERICAN EXPRESS and

McCLIER CORPORATION are proper party to this suit, that plaintiff(s) may reinstitute the action without regard to the applicable Statute of Limitations, assuming said original action was timely commenced, and in such instance Defendants shall not assert Statute of Limitation as a defense.

    This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
       January 30, 2008

McGIVNEY & KLUGER, P.C.
Attorneys for Defendants
AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS BANK, LTD,
AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.
and McCLIER CORPORATION,

By: _____
    Richard E. Leff (RL-2123)
    80 Broad Street, 23rd Floor
    New York, New York 10004
    (212) 509-3456
    (Our File: 1506G-0001)

WORBY GRONER EDELMAN & NAPOLI
BURN, LLP
Attorneys for Plaintiff(s)
KAZIMIERZ WALEK ( AND WIFE, STEFANIA WALEK),

By: _____
    Christopher R. LoPalo (CL-6466)
    115 Broadway, 12th Floor
    New York, New York 10006
    (212) 267-3700

SO ORDERED 6-17-08

_____
U.S.D.J.

2