RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381

Attorneys for Defendants
110 CHURCH, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

IN RE:
LOWER MANHATTAN DISASTER SITE
LITIGATION (21 MC 102)

Case No.: 1:21 MC 102 (AKH)

------------------------------------------------------------------X

KAZIMIERZ WALEK (AND WIFE, STEFANIA WALEK),

Docket No.: 07 CV 5327

                   Plaintiffs,

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

        -against-

110 CHURCH LLC, et al.,

**ELECTRONICALLY FILED**

                   Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that defendant 110 CHURCH, LLC, by its attorneys RUBIN, FIORELLA & FRIEDMAN LLP, as and for their response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated July 31, 2007, which was filed in the matter of *In Re: World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

**WHEREFORE**, the defendant 110 CHURCH, LLC demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements and

for such other and further relief as this court deems just and proper.

Dated: New York, New York
      May 12, 2008

                                    RUBIN, FIORELLA & FRIEDMAN LLP

By: _____*Leila Cardo*_____
Leila Cardo (LC-8359)
*Attorneys for Defendant*
110 CHURCH, LLC
292 Madison Avenue - 11th Floor
New York, New York 10017
(212) 953-2381
File No. 344-6879